# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00724-CV

**Jeffrey Kyle Frazier, Appellant**

**v.**

**John W. Perkins, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-03-272767, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss. We grant the motion and dismiss the appeal.
Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: April 2, 2007